IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JORGE FRANCISCO ROMERO MONTES, <br><br> *Petitioner*, <br><br> v. <br><br> BRET BRADFORD, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, HOUSTON FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; TODD BLANCHE, ACTING UNITED STATES ATTORNEY GENERAL; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN OF IAH SECURE ADULT DETENTION FACILITY, IN THEIR OFFICIAL CAPACITIES, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00281 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DENYING MOTION FOR LEAVE TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Before the Court is Petitioner Jorge Francisco Romero Montes's *Pro Se* Motion for Leave to Proceed In Forma Pauperis on Appeal (the "Motion") [Dkt. 5]. The Motion is missing the six-month history of Romero Montes's inmate trust account. Accordingly, the Motion is **DENIED**.

Romero Montes is further instructed to file a new Motion within thirty (30) days.

**SIGNED this 10th day of June, 2026.**

_Michael J. Truncale_____
Michael J. Truncale
United States District Judge

1